```
1  STEVEN D. WERTH, SBN 121153
   PAMELA S. HELMAN, SBN 255779
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111
   Telephone:  (415) 981-6630
4  Facsimile:  (415) 982-1634
   swerth@lowball.com
5  phelman@lowball.com

6  Attorneys for Defendants
   AMERICAN SHIP MANAGEMENT, LLC and
7  PATRIOT CONTRACT SERVICES, LLC
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS DOWLING, SR.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN SHIP MANAGEMENT, LLC and PATRIOT CONTRACT SERVICES, LLC, DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. C 12-01573 JSW<br><br>**STIPULATION FOR AND ORDER RE DISMISSAL AS TO PATRIOT CONTRACT SERVICES, LLC ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Curtis Dowling, Sr. hereby stipulate that the Court may enter an order dismissing Defendant Patriot Contract Services, LLC only from this action, without prejudice. This stipulation is entered into by and through their respective counsel.

SO STIPULATED:

Dated: May 30, 2012.

　　　　　　　　　　　　　　　　　LAW OFFICES OF MICHAEL TRACY

　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　William F. Murphy
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　CURTIS DOWLING, JR.

---

-1-

**STIPULATION/ORDER RE DISMISSAL AS TO PATRIOT CONTRACT SERVICES, LLC ONLY**
C:\Users\helman\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\4NGYDUH2\Stip Order Re Dismissal of PCS 120530.docx

1 | Dated: May 30, 2012.                           LOW, BALL & LYNCH

3 |                                        By /s/ Pamela S. Helman
4 |                                        STEVEN D. WERTH
                                           PAMELA S. HELMAN
5 |                                        Attorneys for Defendants
                                           AMERICAN SHIP MANAGEMENT, LLC and
6 |                                        PATRIOT CONTRACT SERVICES, LLC

## ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby ORDERS that this action is dismissed, without prejudice, as to Defendant Patriot Contract Services, LLC, only.

Dated: ~~May ___, 2012.~~ June 4, 2012

_____
Jeffrey S. White
United States District Judge

-2-

**STIPULATION/ORDER RE DISMISSAL AS TO PATRIOT CONTRACT SERVICES, LLC ONLY**
C:\Users\helman\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\4NGYDUH2\Stip Order Re Dismissal of PCS 120530.docx