1  STEVEN D. WERTH, SBN 121153
   PAMELA S. HELMAN, SBN 255779
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111
   Telephone:  (415) 981-6630
4  Facsimile:   (415) 982-1634
   swerth@lowball.com
5  phelman@lowball.com

6  Attorneys for Defendants
   AMERICAN SHIP MANAGEMENT, LLC and
7  PATRIOT CONTRACT SERVICES, LLC

8              IN THE UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

10 CURTIS DOWLING, SR.,                  Case No. C 12-01573 JSW

11             Plaintiff,               **STIPULATION FOR AND ORDER
                                        RE DISMISSAL AS TO PATRIOT
12      vs.                             CONTRACT SERVICES, LLC
                                        ONLY**
13 AMERICAN SHIP MANAGEMENT,
   LLC and PATRIOT CONTRACT
14 SERVICES, LLC, DOES 1-10,
   inclusive,
15
               Defendants.
16

17

18       Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Curtis Dowling, Sr.

19 hereby stipulate that the Court may enter an order dismissing Defendant Patriot Contract

20 Services, LLC only from this action, without prejudice.  This stipulation is entered into

21 by and through their respective counsel.

22 SO STIPULATED:

23 Dated: May 30 , 2012.                LAW OFFICES OF MICHAEL TRACY

24

25                                      By
                                           William F. Murphy
26                                         Attorneys for Plaintiff
                                           CURTIS DOWLING, JR.

27

28

-1-
**STIPULATION/ORDER RE DISMISSAL AS TO PATRIOT CONTRACT SERVICES, LLC ONLY**
C:\Users\helman\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\4NGYDUH2\Stip Order Re Dismissal of PCS
120530.docx

Dated: May 30, 2012.                     LOW, BALL & LYNCH

                                         By *Pamela S. Helman*
                                            STEVEN D. WERTH
                                            PAMELA S. HELMAN
                                            Attorneys for Defendants
                                            AMERICAN SHIP MANAGEMENT, LLC and
                                            PATRIOT CONTRACT SERVICES, LLC

## ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing, hereby ORDERS that this action is dismissed, without prejudice, as to Defendant Patriot Contract Services, LLC, only.

Dated: ~~May __, 2012.~~   June 4, 2012

_____
United States District Judge

**STIPULATION/ORDER RE DISMISSAL AS TO PATRIOT CONTRACT SERVICES, LLC ONLY**
C:\Users\helman\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\4NGYDUH2\Stip Order Re Dismissal of PCS 120530.docx